[No. 73692-2-I.  Division One.  August 1, 2016.]

DAPHNE TOMCHAK, *Appellant*, v. CHARLES GREENBERG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-30436-6, Judith H. Ramseyer, J., entered May 22, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Becker, J.

[No. 73724-4-I.  Division One.  August 1, 2016.]

JEFF BAILEY, *Appellant*, v. JOSEPH LUCAS III ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-00407-7, William L. Downing, J., entered June 12, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.

[No. 73725-2-I.  Division One.  August 1, 2016.]

ROBERT WILBUR ET AL., *Plaintiffs*, v. ADMIRAL'S COVE BEACH CLUB ET AL., *Defendants*, SUE CORLISS, *Appellant*, DUSTIN FREDERICK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 13-2-00741-4, Alan R. Hancock, J., entered May 18, 2015. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73818-6-I.  Division One.  August 1, 2016.]

*In the Matter of the Detention of* B.S.

Appeal from a judgment of the Superior Court for King County, No. 15-6-01553-7, Jean A. Rietschel, J., entered June 16, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.